# NO. 12-24-00226-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TODD M. RAABE AND VICKIE B. RAABE,* **APPELLANTS** | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 2* |
| *ATMOS ENERGY CORPORATION,* **APPELLEE** | § | *SMITH COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants, Todd M. Raabe and Vickie B. Raabe, filed a motion to dismiss this appeal. The motion states that the parties reached an agreement, and this appeal is no longer necessary. No decision has been delivered in this appeal. Accordingly, Appellants' motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1). Costs are taxed against the party incurring same.

Opinion delivered November 20, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 20, 2024**

**NO. 12-24-00226-CV**

**TODD M. RAABE AND VICKIE B. RAABE,**
Appellants
V.
**ATMOS ENERGY CORPORATION,**
Appellee

Appeal from the County Court at Law No 2
of Smith County, Texas (Tr.Ct.No. 75552-A)

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*